EXHIBIT A

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
01/25/2024
CT Log Number 545612415

## Service of Process Transmittal Summary

**TO:** Kristen Caldaro
First-Citizens Bank & Trust Company
100 TRYON ROAD
RALEIGH, NC 27603

**RE:** **Process Served in South Carolina**

**FOR:** First-Citizens Bank & Trust Company (Domestic State: NC)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | C&C Metal Recycling, LLC vs. First-Citizens Bank & Trust Company |
| **CASE #:** | 2024CP2400037 |
| **PROCESS SERVED ON:** | CT Corporation System, Columbia, SC |
| **DATE/METHOD OF SERVICE:** | By Process Server on 01/25/2024 at 13:17 |
| **JURISDICTION SERVED:** | South Carolina |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/25/2024, Expected Purge Date: 01/30/2024<br><br>Image SOP<br><br>Email Notification, LISA MOORE lisa.moore@firstcitizens.com<br><br>Email Notification, Kristen Caldaro kristen.caldaro@firstcitizens.com<br><br>Email Notification, Tara Cecconi tara.cecconi@firstcitizens.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>2 Office Park Court<br>Suite 103<br>Columbia, SC 29223<br>877-564-7529<br>MajorAccountTeam1@wolterskluwer.com |
| **REMARKS:** | "Please note the process server underlined, circled, initiated and/or highlighted the entity name served prior to receipt by CT." |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Thu, Jan 25, 2024
**Server Name:** Drop Service

| | |
|---|---|
| Entity Served | FIRST-CITIZENS BANK & TRUST COMPANY |
| Case Number | 2024CP2400037 |
| Jurisdiction | SC |

| Inserts | | |
|---|---|---|
| | | |

ELECTRONICALLY FILED - 2024 Jan 18 2:14 PM - GREENWOOD - COMMON PLEAS - CASE#2024CP2400037

STATE OF SOUTH CAROLINA

COUNTY OF GREENWOOD

IN THE COURT OF COMMON PLEAS

C&C Metal Recycling, LLC,

Plaintiff,

vs.

First-Citizens Bank & Trust Company,

Defendant.

**SUMMONS**

**TO THE ABOVE-NAMED DEFENDANT:**

**YOU ARE HEREBY SUMMONED** and required to answer the Complaint in the above-entitled action, a copy of which is herewith served upon you, and to serve a copy of your answer upon the undersigned at their offices at 200 East Broad Street, Suite 400, Greenville, SC 29601, within thirty (30) days after service hereof upon you, exclusive of the day of such service, and if you fail to answer the Complaint within the time aforesaid, judgment by default will be rendered against you for the relief demanded in the Complaint.

s/ William M. Wilson III

William M. Wilson III (S.C. Bar No. 15808)
WYCHE, P.A.
200 East Broad Street, Suite 400 (29601)
Post Office Box 728
Greenville, South Carolina 29602
Telephone: 864-242-8200
Telecopier: 864-235-8900
bwilson@wyche.com

Date: January 18, 2024

Attorneys for C&C Metal Recycling, LLC

ELECTRONICALLY FILED - 2024 Jan 18 2:14 PM - GREENWOOD - COMMON PLEAS - CASE#2024CP2400037

STATE OF SOUTH CAROLINA

COUNTY OF GREENWOOD

IN THE COURT OF COMMON PLEAS

C&C Metal Recycling, LLC,

Plaintiff,

vs.

First-Citizens Bank & Trust Company,

Defendant.

**COMPLAINT**

NOW COMES the Plaintiff C&C Metal Recycling, LLC ("C&C") who alleges and says the following:

## PARTIES AND JURISDICTION

1. C&C is a limited liability company organized and existing under the laws of the State of South Carolina with its principal place of business in Greenwood County.

2. Upon information and belief, First-Citizens Bank & Trust Company ("FCB" or "Defendant") is a corporation created under the laws of North Carolina and authorized by the South Carolina Secretary of State to transact business in South Carolina.

3. This Court has jurisdiction over FCB and subject matter involved in this action.

4. Venue is proper in this Court and this County.

## FACTUAL ALLEGATIONS

5. C&C maintains checking accounts with FCB.

6. Two fraudulent checks purporting to be from C&C's account were presented by two unknown persons at two third party banks.

7. The two checks were in the amounts of $45,638.44 and $16,495.22 and were dated January 26, 2023.

ELECTRONICALLY FILED - 2024 Jan 18 2:14 PM - GREENWOOD - COMMON PLEAS - CASE#2024CP2400037

8. The $16,495.22 check was posted on February 1, 2023.

9. The $45,638.44 check was posted on February 3, 2023.

10. C&C did not issue these two fraudulent checks, and the checks were forgeries/counterfeits.

11. FCB paid the two fraudulent checks.

12. On February 13, 2023, one of the depository banks contacted C&C, and C&C informed the depository bank that the check was not valid.

13. C&C promptly reported the fraudulent check to FCB the same day (February 13, 2023) and subsequently promptly reported the other fraudulent check.

14. After a FCB employee advised C&C that he would recommend that FCB return the funds to C&C, FCB has failed to do so.

15. FCB previously reimbursed C&C for fraudulent checks in the past.

**<u>FOR A FIRST CAUSE OF ACTION</u>**
**(Breach of UCC)**

16. C&C realleges the foregoing allegations.

17. Article 4 of the Uniform Commercial Code (UCC) allocates the risk of loss for fraudulent checks to banks.

18. Specifically, § 4-401 sets the default rules for bank liability and provides that a check is "properly payable" only when it meets two distinct criteria: one, "it is authorized by the customer," and two, it "is in accordance with any agreement between the customer and bank."

19. The two forged checks were not properly payable because they were forgeries.

20. FCB is responsible for the loss due to a forged drawer's signature because such a check is not authorized by the customer.

ELECTRONICALLY FILED - 2024 Jan 18 2:14 PM - GREENWOOD - COMMON PLEAS - CASE#2024CP2400037

21. Under the UCC, including but not limited to S.C. Code Ann. § 36-4-401, the interest in finality of commercial transactions dictates that the risk of loss in forged check cases be placed on the drawee. A drawee or drawee bank (i.e., the bank that pays the amount of money that is written on a check by the owner of an account at that bank) is responsible for knowing its drawer's signature and bears the loss when the drawer's signature was forged.

22. Comment 1 of the official comments of § 4-401 note that "[a]n item containing a forged drawer's signature or forged indorsement is not properly payable."

23. FCB failed to exercise its duty of ordinary care and/or its duty of good faith in paying the forged checks.

24. C&C was not involved with the forgeries of the two checks, did not contribute in any way to the forgeries, and was not negligent with respect to the forgeries.

25. By law and/or public policy, banks are not allowed to disclaim good faith or ordinary care by agreement, are not allowed to shift liability from the bank to a customer when a fraudulent check is issued, and are prohibited from shifting responsibility for use of banking services to bank customers at their risk.

26. Per S.C. Code Ann. § 36-4-103(a), "the parties to the agreement cannot disclaim a bank's responsibility for its lack of good faith or failure to exercise ordinary care or limit the measure of damages for the lack or failure."

27. To the extent FCB relies upon any contract language purporting to disclaim liability for fraudulent checks, any such provision is void because it violates section 4-103.

28. First Citizens is liable to C&C under S.C. Code Ann. § 36-4-401 and/or other applicable provisions of the UCC and/or South Carolina law in the amount of the two forged checks, totaling $62,133.66.

ELECTRONICALLY FILED - 2024 Jan 18 2:14 PM - GREENWOOD - COMMON PLEAS - CASE#2024CP2400037

**FOR A SECOND CAUSE OF ACTION**
**(Violation of SCUTPA, S.C. Code Ann. § 39-5-10 *et seq.*)**

29. C&C realleges the foregoing allegations.

30. Defendant's actions constitute an unfair or deceptive act or practice in the conduct of trade or commerce, in violation of the Unfair Trade Practices Act ("SCUTPA"), S.C. Code Ann. § 39-5-10 *et seq.*

31. Upon information and belief, Defendant's policies and procedures either have resulted in such unfair and deceptive trade practices occurring repeatedly in the past or create a likelihood of repetition in the future.

32. The unfair trade practices have an adverse impact on the public interest.

33. The SCUTPA violation was willful, as Defendant knew or should have known its conduct was a violation of the SCUTPA.

34. As a direct and proximate result of the SCUTPA violation, Plaintiff has been deprived of the amount of the two forged checks, totaling $62,133.66.

35. Plaintiff is entitled to treble damages, pre-judgment and post judgment interest, attorney's fees, and the costs of bringing this action.

**JURY DEMAND**

36. C&C respectfully demands a jury trial.

ELECTRONICALLY FILED - 2024 Jan 18 2:14 PM - GREENWOOD - COMMON PLEAS - CASE#2024CP2400037

**WHEREFORE,** C&C prays for the Court to enter judgment in favor of C&C and against FCB in an amount to be determined at trial, together with interest at the legal rate, treble damages, attorneys' fees, and for such other and further relief as may be just and proper.

Respectfully Submitted,

s/ William M. Wilson III

William M. Wilson III (S.C. Bar No. 15808)
WYCHE, P.A.
200 East Camperdown Way (29601)
Post Office Box 728
Greenville, South Carolina 29602
Telephone: 864-242-8200
Telecopier: 864-235-8900
bwilson@wyche.com

Date: January 18, 2024

Attorneys for C&C Metal Recycling, LLC